GEORGE H. SPRING, Respondent, *v.* THE DELAWARE, LACKA-
WANNA AND WESTERN RAILROAD COMPANY, Appellant.

*Spring* v. *Delaware, L. & W. R. R.· Co.*, 88 Hun, 385, affirmed.
(Submitted October 14, 1898; decided November 22, 1898.)

APPEAL from a judgment of the late General Term of the
Supreme Court in the fourth judicial department, entered

July 16, 1895, upon an order affirming a judgment in favor of plaintiff, entered upon the report of a referee.

*Robert T. Turner* for appellant.

*Judson A. Gibson* for respondent.

Judgment and order affirmed, with costs, on opinion below. All concur, except MARTIN, J., not sitting.